BERTHA JANOTA, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued March 16, 1948; decided April 22, 1948.

*John P. McGrath, Corporation Counsel (Stanley Buchsbaum, Seymour B. Quel* and *Samuel D. Johnson* of counsel), for appellant.

*Edward T. Welch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.